UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
Case No. 1:05-CV-00081-R

BILLY EUGENE GLODJO                                                                                    PETITIONER

V.                                                              **ORDER**

PATTI WEBB, Warden                                                                                  RESPONDENT

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge. The Magistrate Judge prepared a detailed analysis of each argument submitted by Petitioner. The report was exhausting, thorough and a current analysis of the law and fact. As noted, the Court adopts same and incorporates it by reference.

**IT IS THEREFORE ORDERED** that the petition for writ of habeas corpus is DENIED.

A Certification of Appealability is DENIED as to each claim asserted in the petition.

cc:     Petitioner, *pro se*
        Counsel of record
        Magistrate Judge Goebel